■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRIC T., Appellant. [26 NYS3d 863]—

Judgment, Supreme Court, Bronx County (Ann M. Donnelly, J., at plea; Ralph A. Fabrizio, J., at sentencing), rendered June 20, 2013, convicting defendant of criminal possession of a weapon in the second degree, and sentencing him to a term of 3½ years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of adjudicating defendant a youthful offender and reducing the sentence to a term of five years' probation, and otherwise affirmed.

We find that the circumstances cited by defendant render him an eligible youth (*see* CPL 720.10 [3] [i]), and we find the sentence, including the denial of youthful offender treatment, excessive to the extent indicated. In light of this determination, we find it unnecessary to reach any other issues. Concur—Mazzarelli, J.P., Manzanet-Daniels, Kapnick and Webber, JJ.